**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-7716**

───────────

LONNIE LEE RICHARDSON,

Plaintiff - Appellant,

versus

SOUTH CAROLINA SUPREME COURT; SOUTH CAROLINA,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of South Carolina, at Columbia.  G. Ross Anderson, Jr., District Judge.  (CA-99-3440-3-13BC)

───────────

Submitted:  May 25, 2000          Decided:  June 2, 2000

───────────

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Lonnie Lee Richardson, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lonnie Lee Richardson filed this petition for a writ of mandamus requesting the district court intervene in South Carolina state court proceedings. The district court dismissed the petition without prejudice on the basis that federal courts have no general power to compel action by state officials. This decision was correct. See 18 U.S.C. § 1361 (1994); Davis v. Lansing, 851 F.2d 72, 74 (2d Cir. 1988). Accordingly, we affirm. We also deny as moot Richardson's motions to change the caption and for speedy adjudication. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2